UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZANE HUBBARD,<br><br>              Plaintiff,<br><br>   v.<br><br>D. ROGERDS, et al.,<br><br>             Defendant. | Case No.: 1:19-cv-00723-JLT (PC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

       Plaintiff has filed an action pursuant to 42 U.S.C. § 1983 and alleges the violations of his civil rights took place in Sacramento County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the complaint should have been filed in the Sacramento Division.

       Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division. This court will not rule on plaintiff's request to proceed in forma pauperis. Good cause appearing, the Court **ORDERS**:

       1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

       2. All future filings shall refer to the new Sacramento case number assigned and shall be

1

1 | filed at:
2 | United States District Court
3 | Eastern District of California
  | 501 "I" Street, Suite 4-200
4 | Sacramento, CA 95814

5 |    3. This court has not ruled on plaintiff's request to proceed in forma pauperis.

7 | IT IS SO ORDERED.

8 | Dated: **July 31, 2019**       **/s/ Jennifer L. Thurston**
9 | UNITED STATES MAGISTRATE JUDGE